UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:19-cv-402-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BENJAMIN LEON ANDRADE, et al., | |
| Defendants. | |

Plaintiff proceeds without counsel in this action brought pursuant to 42 U.S.C. § 1983. On October 9, 2019, the Magistrate Judge issued an order denying plaintiff's request for his recusal and for the appointment of counsel. ECF No. 25. Plaintiff has filed a letter addressed to the undersigned, renewing those requests, which the Court construes as a motion for reconsideration of the Magistrate Judge's order. ECF No. 28.

Local Rule 303(f) provides that Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's rulings were clearly erroneous or contrary to law.

///

///

///

///

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed October 9, 2019, is affirmed. The Clerk of the Court shall terminate ECF No. 28.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE