1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGIA MILES,                          No.  2:19-cv-402-MCE-EFB P

12              Plaintiff,

13        v.                                 ORDER

14   BENJAMIN LEON ANDRADE, et al.,

15              Defendants.

16

17        Plaintiff proceeds without counsel in this action brought pursuant to 42 U.S.C. § 1983.

18   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

19   and Local Rule 302.

20        On October 9, 2019, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2019, (ECF No. 25) are ADOPTED in full;

2. Plaintiff's fourth amended complaint (ECF No. 14) is DISMISSED in its entirety, with prejudice, for failure to state a claim and as frivolous; and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE